Paul KOHLOFF, Plaintiff-Appellant, v. FORD MOTOR COMPANY, Defendant-Appellee.

No. 149.

Circuit Court of Appeals, Second Circuit.

Dec. 23, 1941.

Murray M. Cowen, of New York City, for plaintiff-appellant.

Drury W. Cooper, of New York City, I. Joseph Farley, of Detroit, Mich., and Drury W. Cooper, Jr., of New York City, for defendant-appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion of Knox, District Judge, bearing date May 21, 1941, D.C., 42 F.Supp. 671.

Edward B. GILLON, Appellant, v. UNITED STATES of America, Appellee.

No. 9901.

Circuit Court of Appeals, Fifth Circuit.

Jan. 21, 1942.

Wellborn Jack and Albert P. Garland, both of Shreveport, La., for appellant.

Malcolm E. Lafargue, U. S. Atty., of Shreveport, La., for appellee.

Before FOSTER, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment convicting appellant of contempt of court. It was tried on a rule for contempt by the judge without the intervention of a jury. The case is in all respects similar to the case of Wimberly v. United States, 5 Cir., 119 F.2d 713, in which we reversed the judgment on the authority of Nye v. United States, 313 U.S. 33, 61 S.Ct. 810, 85 L.Ed. 1172. On the authority of these two decisions the judgment is reversed.

DAVENPORT HOSIERY MILLS and United Hosiery Mills, Appellants, v. J. Buckner FISHER, Receiver of the Chattanooga National Bank, Appellee.

No. 8905.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1942.

Miller, Miller & Martin, of Chattanooga, Tenn., for appellants.

Whitaker & Whitaker, of Chattanooga, Tenn., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause came on to be heard on the record, briefs, and arguments of counsel, and upon due consideration by the court, it is ordered, adjudged and decreed that the judgment be affirmed in accordance with the findings of fact and conclusions of law of the District Court.

Viola M. HOBBS, Appellant, v. MICHIGAN CONSOLIDATED GAS CO., Appellee.

No. 8860.

Circuit Court of Appeals, Sixth Circuit.

Jan. 9, 1942.

Louis B. Ver Wiebe, of Detroit, Mich., for appellant.

Angell, Turner, Dyer & Meek, of Detroit, Mich., for appellee.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Upon an appeal from a judgment for the defendant in a negligence case following a verdict of the jury of no cause of action, the court perceiving no prejudicial error in the trial, it is ordered that the judgment be, and it is hereby, affirmed.